THE HUNGERFORD COMPANY, Respondent, *v.* CLARA ROSEN-STEIN, Appellant.

(Argued May 1, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 6, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*H. Aplington* for appellant.

*William B. Ellison* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

RICHARD E. PREUSSER et al., Respondents, *v.* JAMES M. STOCKTON et al., Appellants.

(Argued May 2, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiffs, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Thaddeus D. Kenneson* for appellants.

*John Graham* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.